# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RACE RESULT AG, | ) |
| Plaintiff, | ) ) ) |
| v. | )   No. 4:22- CV-104 RLW |
| INNOVATIVE TIMING SYSTEMS, LLC, | ) ) ) ) |
| Defendant. | ) |

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (ECF No. 6),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(i).

*Ronnie L. White*
_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 27th day of April, 2022.